**Hollis J. LARSON, Appellant,**

v.

**Wendy GOODMAN; Scott Goodman; Richard Spicer; Thomas Bibus; Kevin Mark; First Name Unknown Tulle; Stephen Betcher; Yvonne Black; Erin Kuester; Lori Swanson; Tibor M. Gallo; William Hutton; Brian Roussell; Pete Badker; Josh Stehr; Thomas Wolner; Douglas Bayley; County of Goodhue; D. Kull; Dean Albers, Appellees.**

No. 11–2117.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 3, 2011.

Filed: Oct. 11, 2011.

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Hollis J. Larson appeals the district court's[1] orders granting defendants' Federal Rule of Civil Procedure 12(b)(6) motions in his civil rights suit. Upon de novo review, see *McAdams v. McCord,* 584 F.3d 1111, 1113 (8th Cir.2009), we agree with the district court's well-reasoned analysis.

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.